UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DAVID BONENBERGER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:12-cv-00021 CDP |
| | ) |
| ST. LOUIS METROPOLITAN | ) |
| POLICE DEPARTMENT ET AL., | ) |
| | ) |
| Defendant. | ) |

## EXHIBIT RECEIPT

I have this date returned the original of Plaintiff's and Defendants' Exhibits in the above case.

8/21/13                              _____
Date                                 Attorney for Plaintiff

8/21/13                              _____
Date                                 Attorney for Defendants

8/21/13                              _____
Date                                 Deputy Clerk